**SHEBITZ BERMAN COHEN & DELFORTE, P.C.**
ATTORNEYS-AT-LAW
1325 AVENUE OF THE AMERICAS, 27TH FLOOR
NEW YORK, NEW YORK 10019
TEL: (212) 832-2797
FAX: (212) 832-2782 — NOT FOR SERVICE
http://www.shebitzlaw.com
E-mail: info@shebitzlaw.com

GEORGE SHEBITZ (1947-2006)
FREDERICK J. BERMAN
JULIA R. COHEN†
MATTHEW J. DELFORTE

†(ALSO ADMITTED IN DC)

# MEMO ENDORSED

August 14, 2008

**BY FACSIMILE (914-390-4179)**

Honorable Stephen C. Robinson
United States District Court
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601

Re: J.G. and R.G. o/b/o N.G. v. Kiryas Joel UFSD;
08 CV ~~6396~~ 6395

Dear Judge Robinson:

We represent the Kiryas Joel Union Free School District, defendant in the above-referenced action. We write to respectfully request an extension of our time to answer or move with respect to the Complaint herein from August 21, 2008 to September 17, 2008. No previous requests have been made of any kind to the Court, and plaintiffs' counsel consents to our request.

We thank you for your consideration of our request.

Respectfully,

Matthew J. Delforte (0071)

c: Gary Mayerson, Esq.

**APPLICATION GRANTED**

Stephen C. Robinson

HON. STEPHEN C. ROBINSON
8/15/08



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE