UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

J.G., et al.

        **Plaintiffs,**

  v.

**Kiryas Joel Union Free School District**

        **Defendant.**

------------------------------------x

CIVIL CASE DISCOVERY PLAN
AND SCHEDULING ORDER

08 Civ. 6395 (SCR)

    The following Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure. (Note: **all proposed dates should be for weekdays only**)

The case is **not** to be tried to a jury.

Joinder of additional parties must be accomplished by: N/A

Amended pleadings may be filed until October 17, 2008.

**Discovery:**

1.    Interrogatories will not be served by the parties. The provisions of Local Civil Rule 33.3 shall not apply to this case.

2.    Requests for production of documents will not be made by the parties.

3.    Depositions will not be taken by the parties; provided, however, that if, over defendant's objection, the Court admits the one-page letter of Rivka Weltscher dated January 6, 2008 — the sole document plaintiffs presently intend to submit by way of "additional evidence" — defendant reserves the right to depose Ms. Weltscher within 90 days after a decision by the Court is made to admit the letter.

    a.    Unless counsel agree otherwise or the Court so orders, depositions are not to be held until all parties have responded to any first requests for production of documents.

    b.    Depositions shall proceed concurrently.



c.  Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

4.  Any further interrogatories, including expert interrogatories, to be served no later than: N/A

5.  Requests to Admit, if any, to be served no later than 30 days after the deposition of Rivka Weltscher, should her deposition become necessary pursuant to paragraph 3 above.

6.  Additional provisions relating to discovery agreed upon by counsel for the parties are not attached and made a part hereof.

7.  All discovery, if any, is to be completed 60 days after the deposition of Rivka Weltscher, should her deposition become necessary pursuant to paragraph 3 above.

Initial Case Management Conference **November 21, 2008 @ 10:00am** **(To Be Complete By Court) (Counsel in receipt of this scheduling order is to notify their adversary of the date and time of this Initial Case Management Conference)**

Joint Pretrial Order is required only if counsel for all parties agree that it is desirable, or the Court so orders.

This case has been designated to the Hon. _____, United States Magistrate Judge at White Plains for discovery disputes if the Court is "unavailable" and for trial under 28 U.S.C. § 636(c) if counsel execute their consent in writing.

Unless otherwise ordered by the Court, the parties are expected to commence discovery upon the receipt of this signed Scheduling Order.

Strict compliance with the trial readiness date will be required. This Plan and Order may not be changed without leave of the Court, except that upon signing a Consent for Trial Before a United States Magistrate Judge, the Magistrate Judge will establish an agreed date certain for trial and will amend this Plan and Order to provide for trial readiness consistent with that agreed date.

White Plains, New York

Dated: August 29, 2008

SO ORDERED

_____
Stephen C. Robinson U.S.D.J.

2